


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

STATE OF LOUISIANA                CRIMINAL NO. 15-cr-00048

VERSUS                            JUDGE STAGG

ANDRE D. LEE                      MAGISTRATE JUDGE HORNSBY

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this matter is remanded to the First Judicial District Court, Caddo Parish, Louisiana, where the matter is pending as Case No. 324,556, due to lack of subject-matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 16th day of April, 2015.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE